FILED
CHARLOTTE, NC

MAR 16 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:22 CR 13-MR-WCM |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| MICHAEL WAYNE NOBLITT | ) | Violations: |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 25, 2019, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant

### MICHAEL WAYNE NOBLITT,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Ruger, model LCP, .380 caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about November 25, 2019, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant

### MICHAEL WAYNE NOBLITT,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is methamphetamine, a Schedule II controlled substance.

It is further alleged that said substance contained more than 50 grams of actual methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1).

### **COUNT THREE**

On or about November 25, 2019, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant

### **MICHAEL WAYNE NOBLITT,**

during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, and in furtherance of such drug trafficking crime, did possess said firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### **NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or

2

has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: the Ruger, model LCP, .380 caliber pistol seized during the course of the investigation.

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
For JOHN D. PRITCHARD
ASSISTANT UNITED STATES ATTORNEY

3